UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00673-FDW-DCK

| | |
|---|---|
| DAWN M. CARABETTA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ORDER |
| TOWN OF HUNTERSVILLE, a North Carolina Municipality, | ) ) ) |
| Defendant. | ) ) |

**This Matter** is before the Court on the Joint Motion to Extend Dispositive Motions Deadline and for Truncated Briefing Schedule for Dispositive Motions, (Doc. No. 13), pursuant to Local Rules 5.2 and 7.1 to allow dispositive motions and briefs in support to be filed on or before December 20, 2013, response briefs to be filed on or before December 30, 2013, and replies to be filed on or before January 3, 2014. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that that the briefing schedule for dispositive motions shall be extended as follows:

1. Dispositive motions and supporting briefs shall be filed on or before December 20, 2013.

2. Response briefs shall be filed on or before December 30, 2013.

3. Reply briefs shall be filed on or before January 3, 2014.

IT IS SO ORDERED.

Signed: November 20, 2013

Frank D. Whitney
Chief United States District Judge